Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
        hilary.williams@jacksonlewis.com

*Attorneys for Defendants ProCare Hospice*
*of Nevada, LLC and Mark Birnbaum*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PAULA HAMBLY, an individual,

        Plaintiff,

        vs.

PROCARE HOSPICE OF NEVADA, LLC a
Nevada entity, and MARK BIRNBAUM, an
individual,

        Defendant.

Case No.  2:21-cv-00923-JCM-BNW

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

       Defendants PROCARE HOSPICE OF NEVADA, LLC and MARK BIRNBAUM, by and through its counsel of record, and Plaintiff PAULA HAMBLY, by and through her counsel of record, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 27th day of September, 2021.

GARG GOLDEN LAW FIRM

*/s/ Anthony B. Golden*
Anthony B. Golden, Bar #9563
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052

*Attorneys for Plaintiff*
*Paula Hambly*

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar #6596
Hilary A. Williams, Bar #14645
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants ProCare Hospice*
*of Nevada, LLC and Mark Birnbaum*


**ORDER**


IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: ___October 7, 2021___

4825-3338-8027, v. 1